RECEIVED
IN LAKE CHARLES, LA

AUG 31 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETITIONERS, DANIEL AND GAIL GREENE ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED | : | DOCKET NO. 04-1569 |
| VS. | : | JUDGE MINALDI |
| FLEETWOOD ENTERPRISES, INC. AND KITE BROS., L.L.C. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiffs' Motion for Leave of Court to File First Supplemental and Amending Complaint (save the joinder of Fleetwood Homes of Indiana, Inc.) [doc. # 36] be, and it is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiffs' Motion for Class Certification [doc. # 25] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE