RECEIVED
IN LAKE CHARLES, LA

JAN 19 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETITIONERS, DANIEL AND GAIL GREENE ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED | : | DOCKET NO. 04-1569 |
| VS. | : | JUDGE MINALDI |
| FLEETWOOD ENTERPRISES, INC. AND KITE BROS., L.L.C. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiffs' motion to remand [doc. # 46] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 19th day of Jan , 2006

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE