RECEIVED
IN LAKE CHARLES, LA

OCT 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DANIEL GREENE, ET AL.** | : | **DOCKET NO. 2:04 CV 1569** |
| **VS.** | : | **JUDGE MINALDI** |
| **FLEETWOOD ENTERPRISES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Partial Summary Judgment [doc. 59] filed by Fleetwood Enterprises, Inc. IS GRANTED and the plaintiffs' claim for breach of express warranty IS DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this _11_ day of October, 2006.


PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE